UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY HAMILTON,

           Petitioner,

   v.

DAN PACHOLKE,

           Respondent.

Case No.  C07-5566RBL-KLS

ORDER GRANTING
PLAINTIFF'S MOTION FOR
EXTENSION OF TIME

This matter is before the Court on petitioner's motion for extension of time (Dkt. #5) to respond to the Court's order to show cause (Dkt. #4) regarding his petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #1).  The Court, having reviewed petitioner's motion and the balance of the record, hereby finds and ORDERS:

On January 10, 2008, the Court issued an order to show cause finding that the one-year statute of limitations imposed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") appeared to have run, and therefore that petitioner's petition was untimely. (Dkt. #4).  Petitioner was given until February 10, 2008, by which to file an amended petition showing that his petition was not now time-barred, or show cause why this matter should not be dismissed.

On February 11, 2008, petitioner filed his motion for extension of time to respond to the Court's order to show cause, requesting that he be granted until May 20, 2008, in which to file his response.  No reasons are provided by petitioner his request for a 90-day extension, other than the fact that he currently is incarcerated and proceeding *pro se*.  Because of this, the Court finds no basis for granting that long of

ORDER
Page - 1

1  an extension.

2      The Court, nevertheless, shall grant plaintiff a 30-day extension of time in which to respond to the
3  order to show cause. To that extent, plaintiff's motion for an extension of time (Dkt. #5) hereby is
4  GRANTED. Accordingly, plaintiff shall file a response to the court's order to show cause (Dkt. #4) by
5  **no later than March 28, 2008**, in the manner set forth therein. **Plaintiff is warned, however, that the**
6  **Court will not grant any further extensions of time in which to file a response without a showing of**
7  **good cause, that is, valid and specific reasons for seeking such an extension.**
8      The Clerk shall send a copy of this Order to petitioner.
9      DATED this 27th day of February, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge