# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY HAMILTON

      v.

DAN PACHOLKE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5566RBL

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

petitioner's federal habeas petition is DISMISSED without prejudice.

| | |
|---|---|
|   June 2, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |